```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :
            - against -              :         11 Cr. 12 (RMB)
                                     :
TODD LABARCA,                        :         ORDER
                        Defendant.   :
------------------------------------------------------------x
```

The Government is respectfully requested to submit under seal Mr. LaBarca's BOP medical records by Thursday, May 27, 2021 at 5:00 p.m.

Dated: New York, New York
       May 26, 2021

_____
**RICHARD M. BERMAN, U.S.D.J.**

1