**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| - against - | : | 11 Cr. 12 (RMB) |
| | : | |
| TODD LABARCA, | : | **ORDER** |
| Defendant. | : | |

------------------------------------------------------------x

The Government is respectfully requested to submit under seal any updated BOP medical records since November 5, 2021 by Friday, January 14, 2022 at noon.

Dated: New York, New York
January 13, 2022

_____
**RICHARD M. BERMAN, U.S.D.J.**

1