

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 5, 2025

**BY ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Todd LaBarca*, 11 Cr. 12 (RMB)

Dear Judge Berman:

    The Government respectfully submits this letter to request a brief adjournment of its opposition deadline to respond to the defendant's renewed motion for compassionate release. On June 10, 2025, the defendant filed his third motion for compassionate release. (Dkt. No. 1168). Thereafter, the Court ordered the Government to respond by July 11, 2025. (Dkt. No. 1170). Since that time, the undersigned has been engaged in a trial in this District, which concluded earlier this week. The undersigned will further be traveling for the next couple of weeks following the conclusion of trial. The Government therefore respectfully requests a two-week adjournment of its opposition deadline in this matter, to on or after July 25, 2025.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

by:  /s/ Mitzi Steiner
Mitzi S. Steiner
Assistant United States Attorney
(212) 637-2284

---

Application Granted. The Government is respectfully requested to submit its response by July 25, 2025.

SO ORDERED:
Date:  7/7/2025

Richard M. Berman, U.S.D.J.